**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
**KEITH DARNELL FAIR,**

                **Plaintiff,**　　　　　　　6:20-cv-244
　　　　　　　　　　　　　　　　　　　　　　　　(GLS/ML)

      **v.**

**STEVEN T. MNUCHIN**

               **Defendants.**

**APPEARANCES:**　　　　　　　　　**OF COUNSEL:**

**FOR THE PLAINTIFF:**
KEITH DARNELL FAIR
Pro Se
348887
CNYPC
PO Box 300
Marcy, NY 13403

**Gary L. Sharpe**
**Senior District Judge**

## ORDER

The above-captioned matter comes to this court following an Order and Report-Recommendation (R&R) by Magistrate Judge Mirolslav Lovric duly filed on April 15, 2020. (Dkt. No. 8.) Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein, to the court for review.

No objections[1] having been filed, and the court having reviewed the

---

[1] On April 22, 2020, plaintiff filed a largely incoherent and incomprehensible document labeled "Traverse to Return." (Dkt. No. 9.) While it is not entirely clear what the document is, it

R&R for clear error, it is hereby

**ORDERED** that the Order and Report-Recommendation (Dkt. No. 8) is **ADOPTED** in its entirety; and it is further

**ORDERED** that the complaint (Dkt. No. 1) is **DISMISSED** pursuant to 28 U.S. C. § 1915(e)(2)(B); and it is further

**ORDERED** that the complaint is frivolous and any appeal would not be taken in good faith; and it is further

**ORDERED** that plaintiff's motion for an order to show cause (Dkt. No. 6) is **DENIED as moot**; and it is further

**ORDERED** that the Clerk provide a copy of this Order to plaintiff in accordance with the Local Rules of Practice.

**IT IS SO ORDERED.**

May 19, 2020
Albany, New York

*Gary L. Sharpe*
Gary L. Sharpe
U.S. District Judge

---

does not appear to be objections to the R&R.  In any case, to the extent that the document may be considered a motion, it is denied as moot.